Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
 *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and SHERIFF SHANNON DICUS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOUIE SORIA, individually and as successor-in-interest as father of Decedent Isaac Soria, MARIA SORIA, individually and as successor-in-interest as mother of Decedent Isaac Soria<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, SHERIFF SHANNON DICUS, and DOES 1-10, inclusive<br><br>Defendant. | Case No. 5:22-CV-01958-SHK<br><br>*[The Hon. Shashi H. Kewalramani]*<br><br>**STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**<br><br>*[Proposed order filed concurrently herein]*<br><br>Complaint Filed:   11/04/2022 |

**TO THE HONORABLE COURT**:

Plaintiffs LOUIE SORIA, individually and as successor-in-interest as father of Decedent Isaac Soria, MARIA SORIA, individually and as successor-in-interest as mother of Decedent Isaac Soria (hereinafter "Plaintiffs") and Defendants COUNTY OF SAN BERNARDINO and SHERIFF SHANNON DICUS (hereinafter "Defendants"), by and through their attorneys of record, hereby stipulate as follows:



1. Plaintiffs may file a First Amended Complaint. The parties expressly stipulate that good cause exists for permitting the filing of the First Amended Complaint because no party will be prejudiced and because it will facilitate the efficient progress of this litigation.

2. The parties have met and conferred regarding Defendants' anticipated motion to dismiss portions of Plaintiffs' complaint. Plaintiffs seek to file a First Amended Complaint.

3. Plaintiffs shall file the First Amended Complaint no more than twenty (20) days after the date of the Court's order approving this stipulation.

4. Defendants shall accept service of the First Amended Complaint via the electronic case filing system.

5. Defendants' responsive pleading to Plaintiffs' First Amended Complaint shall be served and filed no more than twenty-one (21) days after the date of service.

**IT IS SO STIPULATED**.

DATED: February 8, 2023      **MANNING & KASS**
                                                      **ELLROD, RAMIREZ, TRESTER LLP**

By:      /s/ Eugene P. Ramirez
Eugene P. Ramirez
kayleigh A. Andersen
Attorneys for Defendants, COUNTY OF SAN BERNARDINO and SHERIFF SHANNON DICUS

DATED:  February 8, 2023          LAW OFFICE OF JAMES S. TERRELL

                                  By:    /s/ James S. Terrell
                                         James S. Terrell, Esq.
                                         Attorneys for Plaintiffs

DATED:  February 8, 2023          LAW OFFICE OF SHARON J. BRUNNER

                                  By:    /s/ Sharon J. Brunner
                                         Sharon J. Brunner, Esq.
                                         Attorneys for Plaintiffs

## ATTESTATION

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), the undersigned hereby certifies that the content of this document is acceptable to all parties listed above, by and through their counsel of record, and that each has obtained authorization from each party's counsel to affix their electronic signatures to this document.

DATED:  February 8, 2023          MANNING & KASS
                                  ELLROD, RAMIREZ, TRESTER LLP

                                  By:    /s/ Eugene P. Ramirez
                                         Eugene P. Ramirez, Esq.
                                         Kayleigh A. Andersen, Esq.
                                         Attorneys for Defendants, COUNTY OF
                                         SAN BERNARDINO