Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:  (818) 347-3333
Fax:  (818) 347-4118

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE SORIA, individually and as successor-in-interest as father of Decedent Isaac Soria; MARIA SORIA, individually and as successor-in-interest as mother of Decedent Isaac Soria,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, et al,<br><br>Defendants. | Case Number:  5:22-cv-01958-JGB-KK<br><br>Assigned to:<br>*Hon. Jesus G. Bernal*<br>*Hon. Kenly Kiya Kato*<br><br>**JOINT STIPULATION TO CONTINUE THE LAST DAY TO CONDUCT A MEDIATION, AS WELL AS THE DISCOVERY DATES, TO ACCOMMODATE THE JULY 10, 2024 MEDIATION** |

**TO THIS HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs LOUIE SORIA, MARIA SORIA, and Defendants COUNTY OF SAN BERNARDINO, MICHAEL CORRAL and SHANNNON DICUS ("the Parties"), by and through their respective attorneys of record, as follows:

1. The Parties have scheduled a mediation with mediator Richard Copeland to take place on July 10, 2024.  The scheduling order sets the last day to conduct a mediation as July 8, 2024.  The Parties have met and conferred regarding

1. their schedules, and the earliest mutually available date for the mediation for the Parties and Mr. Copeland is July 10, 2024.
2. The Parties have completed the depositions of the Plaintiffs and Defendant Michael Corral.
3. The Parties are hopeful that the July 10, 2024 mediation will be meaningful and productive. If the Parties are able to resolve the case on July 10, 2024, then it would be unnecessary for the Parties to retain experts and conduct expert discovery. Currently, the date for the initial expert disclosure exchange is May 13, 2024
4. Accordingly, the Parties stipulate that the foregoing constitutes GOOD CAUSE to briefly continue the discovery dates, as well as the last day to conduct a mediation in this case, as follows:

| Event | Current Date | Proposed Continued Date |
|---|---|---|
| Last Day to Conduct a Mediation | 7/8/2024 | 7/10/2024 |
| Initial Expert Disclosures | 5/13/2024 | 7/31/2024 |
| Rebuttal Expert Disclosures | 5/27/2024 | 8/14/2024 |
| All Discovery Cutoff | 6/10/2024 | 9/18/2024 |

IT IS SO STIPULATED.

DATED: April 22, 2024

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: */s/ Kayleigh Andersen*
Eugene P. Ramirez, Esq.
Kayleigh A. Andersen, Esq.
Attorneys for Defendants, COUNTY OF SAN BERNARDINO and SHERIFF SHANNON DICUS

| | |
|---|---|
| 1  DATED: April 22, 2024 | **LAW OFFICES OF DALE K. GALIPO** |
| 2 | |
| 3 | By: */s/ Renee V. Masongsong* |
| 4 | Dale K. Galipo, Esq. |
| 5 | Renee V. Masongsong, Esq. |
|   | Attorneys for Plaintiffs |