1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE SORIA, individually and as successor-in-interest as father of Decedent Isaac Soria; MARIA SORIA, individually and as successor-in-interest as mother of Decedent Isaac Soria,<br><br>        Plaintiffs,<br><br>   vs.<br><br>COUNTY OF SAN BERNARDINO; SHANNON DICUS; and DOES 1-10, inclusive,<br><br>        Defendants. | Case Number:  5:22-cv-01958-JGB-KK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE LAST DAY TO CONDUCT A MEDIATION, AS WELL AS THE DISCOVERY DATES, TO ACCOMMODATE THE JULY 10, 2024 MEDIATION** |

HAVING REVIEWED the Parties' Joint Stipulation, and Good Cause having been shown, IT IS HEREBY ORDERED that the following dates in this case shall be continued as follows:

| Event | Current Date | Proposed Continued Date |
|---|---|---|
| Last Day to Conduct a Mediation | 7/8/2024 | 7/10/2024 |
| Initial Expert Disclosures | 5/13/2024 | 7/31/2024 |
| Rebuttal Expert Disclosures | 5/27/2024 | 8/14/2024 |

| All Discovery Cutoff | 6/10/2024 | 9/18/2024 |

IT IS SO ORDERED.

DATED: _____          UNITED STATES DISTRICT COURT

_____
HON. JESUS G. BERNAL

[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO ALLOW PLAINTIFFS
TO AMEND THEIR COMPLAINT