Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:  (818) 347-4118

*Attorneys for Plaintiffs*, Louie Soria and Maria Soria

Eugene P. Ramirez (State Bar No. 134865)
eugene.ramirez@manningkass.com
Kayleigh Andersen (State Bar No. 306442)
kayleigh.andersen@manningkass.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017-3012

*Attorneys for Defendants*, County of San Bernardino, Shannon Dicus, and Michael Corral

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIE SORIA, individually and as successor-in-interest as father of Decedent Isaac Soria; MARIA SORIA, individually and as successor-in-interest as mother of Decedent Isaac Soria, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO, et al, <br><br> Defendants. | Case Number:  5:22-cv-01958-JGB-KK <br><br> Assigned to: <br> *Hon. Jesus G. Bernal* <br> *Hon. Kenly Kiya Kato* <br><br> **NOTICE OF CONDITIONAL SETTLEMENT AND JOINT REQUEST TO CONTINUE ALL DATES** |

**TO THIS HONORABLE COURT:**

Pursuant to this Court's Order (Dkt. No. 23) and Local Rule 16-15.7, Plaintiffs Louie Soria and Maria Soria, and Defendants County of San Bernardino, Shannon Dicus, and Michael Corral hereby submit the following joint status report regarding settlement and request to continue all pending dates and deadlines.

    1.  On July 10, 2024 the parties participated in a mediation with the agreed-

upon panel mediator, Richard Copeland. Following the mediation, Mr. Copeland made a mediator's proposal, which all parties have accepted.

2. In light of the parties' acceptance of the mediator's proposal, the parties have reached a conditional settlement that resolves this case in its entirety.

3. The proposed settlement is conditioned upon approval by the relevant County of San Bernardino boards, including the Claims Board and Board of Supervisors, which is anticipated to take up to 60 days.

4. Once the proposed settlement has been approved, the parties will promptly file a notice of settlement and, upon Plaintiffs' receipt of the settlement funds, a request for dismissal of this action with prejudice.

Based on the foregoing, the parties, by and through their counsel of record, respectfully request that the Court continue all pending dates by approximately 90 days to allow for the proposed settlement to be approved and prevent the parties from incurring further costs and attorneys' fees in this matter.

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline to File MSJ | 7/22/2024 | 10/18/2024 |
| Initial Expert Disclosures | 7/31/2024 | 10/29/2024 |
| Rebuttal Expert Disclosures Due | 8/14/2024 | 11/12/2024 |
| Deadline to Hear MSJ | 8/19/2024 | 11/18/2024 |
| DL to File Motions in Limine | 9/2/2024 | 12/2/2024 |
| Trial Filings – 1st Round | 9/9/2024 | 12/9/2024 |
| Trial Filings – 2nd Round | 9/16/2024 | 12/16/2024 |
| All Discovery Cut-Off (Including Experts) | 9/18/2024 | 12/17/2024 |
| Final Pretrial Conference | 9/30/2024 | 12/30/2024 |
| TRIAL | 10/15/2024 | 1/15/2025 |

/ / /

/ / /

Respectfully submitted.

DATED: July 12, 2024

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: _____*s/ Kayleigh A. Andersen*_____
Eugene P. Ramirez, Esq.
Kayleigh A. Andersen, Esq.
Attorneys for Defendants, COUNTY OF SAN BERNARDINO and SHERIFF SHANNON DICUS

DATED: July 12, 2024

**LAW OFFICES OF DALE K. GALIPO**

By: _____*s/ Renee V. Masongsong*_____
Dale K. Galipo, Esq.
Renee V. Masongsong, Esq.
Attorneys for Plaintiffs, LOUIE SORIA AND MARIA SORIA