# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE SORIA, individually and as successor-in-interest as father of Decedent Isaac Soria; MARIA SORIA, individually and as successor-in-interest as mother of Decedent Isaac Soria,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF SAN BERNARDINO, et al,<br><br>　　　　　Defendants. | Case Number:  5:22-cv-01958-JGB-KK<br><br>**[PROPOSED] ORDER RE: NOTICE OF CONDITIONAL SETTLEMENT AND JOINT REQUEST TO CONTINUE ALL DATES** |

**TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

　　Having reviewed the parties' Notice of Conditional Settlement and Joint Request to Continue All Dates, and good cause appearing therein, it is hereby ordered that the current pretrial and trial dates be continued as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline to File MSJ | 7/22/2024 | 10/18/2024 |
| Initial Expert Disclosures | 7/31/2024 | 10/29/2024 |
| Rebuttal Expert Disclosures Due | 8/14/2024 | 11/12/2024 |
| Deadline to Hear MSJ | 8/19/2024 | 11/18/2024 |
| DL to File Motions in Limine | 9/2/2024 | 12/2/2024 |
| Trial Filings – 1st Round | 9/9/2024 | 12/9/2024 |
| Trial Filings – 2nd Round | 9/16/2024 | 12/16/2024 |
| All Discovery Cut-Off (Including Experts) | 9/18/2024 | 12/17/2024 |
| Final Pretrial Conference | 9/30/2024 | 12/30/2024 |
| TRIAL | 10/15/2024 | 1/15/2025 |

IT IS SO ORDERED.

DATED: _____

_____
Hon. Jesus G. Bernal

United States District Court