Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Renee V. Masongsong, Esq. (SBN 281819)
*rvalentine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs*, Louie Soria and Maria Soria

Eugene P. Ramirez (State Bar No. 134865)
eugene.ramirez@manningkass.com
Kayleigh Andersen (State Bar No. 306442)
kayleigh.andersen@manningkass.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017-3012

*Attorneys for Defendants*, County of San Bernardino, Shannon Dicus, and Michael Corral

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIE SORIA, individually and as successor-in-interest as father of Decedent Isaac Soria; MARIA SORIA, individually and as successor-in-interest as mother of Decedent Isaac Soria, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO, et al, <br><br> Defendants. | Case Number:  5:22-cv-01958-JGB-KK <br><br> Assigned to: <br> *Hon. Jesus G. Bernal* <br> *Hon. Kenly Kiya Kato* <br><br> **JOINT MOTION TO BRIEFLY REOPEN THE CASE TO CONSUMMATE THE SETTLEMENT** |

**TO THIS HONORABLE COURT:**

Plaintiffs Louie Soria and Maria Soria, and Defendants County of San Bernardino, Shannon Dicus, and Michael Corral hereby submit the following joint motion to briefly reopen the case to consummate the settlement.

1. On July 10, 2024 the parties participated in a mediation with the agreed-upon panel mediator, Richard Copeland. Following the mediation, Mr.

1. Copeland made a mediator's proposal, which all parties have accepted.
2. Following the parties' acceptance of the mediator's proposal, the parties have reached a conditional settlement that resolves this case in its entirety.
3. The proposed settlement has now been approved by the relevant County of San Bernardino boards.
4. The Parties have only recently signed the long form settlement agreement, and the settlement funds have not been distributed.
5. Therefore, the Parties request that this Court briefly reopen the case to allow the settlement funds to be transmitted to Plaintiffs and their counsel.
6. Within 7 days of Plaintiffs and their counsel receiving the settlement funds, and no later than September 16, 2024, the Parties shall file a joint stipulation to dismiss the case.

Respectfully submitted.

DATED: August 13, 2024　　**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: _____*s/ Kayleigh A. Andersen*_____
Eugene P. Ramirez, Esq.
Kayleigh A. Andersen, Esq.
Attorneys for Defendants, COUNTY OF SAN BERNARDINO and SHERIFF SHANNON DICUS

DATED: August 13, 2024　　**LAW OFFICES OF DALE K. GALIPO**

By: _____*s/ Renee V. Masongsong*_____
Dale K. Galipo, Esq.
Renee V. Masongsong, Esq.
Attorneys for Plaintiffs, LOUIE SORIA AND MARIA SORIA