1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIE SORIA, individually and as successor-in-interest as father of Decedent Isaac Soria; MARIA SORIA, individually and as successor-in-interest as mother of Decedent Isaac Soria, | Case Number:  5:22-cv-01958-JGB-KK |
| | Assigned to: <br> *Hon. Jesus G. Bernal* <br> *Hon. Kenly Kiya Kato* |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER GRANTING THE PARTIES' MOTION TO BRIEFLY REOPEN THE CASE TO CONSUMMATE THE SETTLEMENT** |
| COUNTY OF SAN BERNARDINO, et al, | |
| Defendants. | |

**HAVING REVIEWED** the Motion to Briefly Reopen the Case to Consummate the Settlement, IT IS HEREBY ORDERED as follows:

The above-referenced matter is deemed reopened for 30 days to allow the Parties to consummate the settlement. Within 7 days of Plaintiffs and their counsel receiving the settlement funds, and no later than September 16, 2024 the Parties shall file a joint stipulation to dismiss the case.

IT IS SO ORDERED.


DATED: _____          UNITED STATES DISTRICT COURT


                                      _____
                                      HON. JESUS G. BERNAL

-1-
[PROPOSED] ORDER GRANTING THE PARTIES' MOTION TO BRIEFLY REOPEN THE CASE TO
CONSUMMATE THE SETTLEMENT