Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Renee V. Masongsong, Esq. (SBN 281819)
*rvalentine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:  (818) 347-4118

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE SORIA, individually and as successor-in-interest as father of Decedent Isaac Soria; MARIA SORIA, individually and as successor-in-interest as mother of Decedent Isaac Soria,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, et al,<br><br>Defendants. | Case Number:  5:22-cv-01958-JGB-KK<br><br>Assigned to:<br>*Hon. Jesus G. Bernal*<br>*Hon. Kenly Kiya Kato*<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE THE LAST DAY TO DISMISS THE CASE BY 30 DAYS** |

**TO THIS HONORABLE COURT:**

Plaintiffs Louie Soria and Maria Soria and Defendant County of San Bernardino hereby submit the following joint status report and request regarding the settlement of this matter.

1. On August 28, 2024, this Court continued the last day to file a stipulation to dismiss the above-referenced case to September 16, 2024. (Dkt. 41).

2. On September 5, 2024, the check for the settlement funds was issued with a clerical error that prevented Plaintiffs from depositing the check.

3. Counsel for Plaintiffs' and counsel for Defendants have met and conferred, and Defendants are issuing a new check. During the communications between counsel, Defendants' counsel agreed to a brief continuance of the last day to file a stipulation to dismiss this case for the purposes of

allowing the settlement funds to clear the bank.

4. The Parties anticipate that the new check will be issued and deposited within approximately two to four weeks.

Based on the foregoing, the Parties respectfully request that this Court continue the last day to file a stipulation to dismiss this case to October 16, 2024.

Respectfully submitted.

DATED: September 16, 2024　　　　**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: _____*s/ Kayleigh A. Andersen*_____
Eugene P. Ramirez, Esq.
Kayleigh A. Andersen, Esq.
Attorneys for Defendants, COUNTY OF SAN BERNARDINO and SHERIFF SHANNON DICUS

DATED: September 16, 2024　　　　**LAW OFFICES OF DALE K. GALIPO**

By: _____*s/ Renee V. Masongsong*_____
Dale K. Galipo, Esq.
Renee V. Masongsong, Esq.
Attorneys for Plaintiffs, LOUIE SORIA AND MARIA SORIA