# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE SORIA, individually and as successor-in-interest as father of Decedent Isaac Soria; MARIA SORIA, individually and as successor-in-interest as mother of Decedent Isaac Soria,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF SAN BERNARDINO, et al,<br><br>　　　　　　　Defendants. | Case Number:  5:22-cv-01958-JGB-KK<br><br>Assigned to:<br>*Hon. Jesus G. Bernal*<br>*Hon. Kenly Kiya Kato*<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION AND REQUEST TO CONTINUE THE LAST DAY TO DISMISS THE CASE BY 30 DAYS** |

**HAVING REVIEWED** the Parties' Joint Stipulation and Request to Continue, IT IS HEREBY ORDERED as follows:

　　　The last day to file a stipulation to dismiss the case is hereby continued by 30 days. Within 7 days of Plaintiffs and their counsel receiving the settlement funds, and no later than October 16, 2024, the Parties shall file a joint stipulation to dismiss the case.

　　　IT IS SO ORDERED.


DATED: _____　　　　　　UNITED STATES DISTRICT COURT


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. JESUS G. BERNAL