**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIE SORIA, individually and as successor-in-interest as father of Decedent Isaac Soria; MARIA SORIA, individually and as successor-in-interest as mother of Decedent Isaac Soria,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, et al,<br><br>Defendants. | Case Number: 5:22-cv-01958-JGB-KK<br><br>**ORDER GRANTING THE PARTIES' STIPULATION AND REQUEST TO CONTINUE THE LAST DAY TO DISMISS THE CASE BY 30 DAYS** |

**HAVING REVIEWED** the Parties' Joint Stipulation and Request to Continue, IT IS HEREBY ORDERED as follows:

The last day to file a stipulation to dismiss the case is hereby continued by 30 days. Within 7 days of Plaintiffs and their counsel receiving the settlement funds, and no later than October 16, 2024, the Parties shall file a joint stipulation to dismiss the case.

IT IS SO ORDERED.

DATED: <u>September 24, 2024</u>

HON. JESUS G. BERNAL