Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Renee V. Masongsong, Esq. (SBN 281819)
*rvalentine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs*, Louie Soria and Maria Soria

Eugene P. Ramirez (State Bar No. 134865)
eugene.ramirez@manningkass.com
Kayleigh Andersen (State Bar No. 306442)
kayleigh.andersen@manningkass.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017-3012

*Attorneys for Defendants*, County of San Bernardino, Shannon Dicus, and Michael Corral

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIE SORIA, individually and as successor-in-interest as father of Decedent Isaac Soria; MARIA SORIA, individually and as successor-in-interest as mother of Decedent Isaac Soria,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, et al,<br><br>Defendants. | Case Number:  5:22-cv-01958-JGB-KK<br><br>Assigned to:<br>*Hon. Jesus G. Bernal*<br>*Hon. Kenly Kiya Kato*<br><br>**JOINT STIPULATION FOR DISMISSAL** |

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between Plaintiffs Louie Soria and Maria Soria, and Defendants County of San Bernardino, Shannon Dicus, and Michael Corral, by and through their respective attorneys of record, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rules of Civil

-1-
STIPULATION TO DISMISS

Procedure, Rule 41(a)(1)(A)(ii). The parties further stipulate and respectfully request that the Court vacate all currently scheduled dates and deadlines in this action.

Respectfully submitted.

DATED: October 15, 2024            **MANNING & KASS**
                                   **ELLROD, RAMIREZ, TRESTER LLP**

                                   By: _____*s/ Kayleigh A. Andersen*_____
                                   Eugene P. Ramirez, Esq.
                                   Kayleigh A. Andersen, Esq.
                                   Attorneys for Defendants, COUNTY OF
                                   SAN BERNARDINO and SHERIFF
                                   SHANNON DICUS

DATED: October 15, 2024            **LAW OFFICES OF DALE K. GALIPO**

                                   By: _____*s/ Renee V. Masongsong*_____
                                   Dale K. Galipo, Esq.
                                   Renee V. Masongsong, Esq.
                                   Attorneys for Plaintiffs, LOUIE SORIA
                                   AND MARIA SORIA