# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE SORIA, individually and as successor-in-interest as father of Decedent Isaac Soria; MARIA SORIA, individually and as successor-in-interest as mother of Decedent Isaac Soria,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, et al,<br><br>Defendants. | Case Number: 5:22-cv-01958-JGB-KK<br><br>**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |

## [PROPOSED] ORDER

Pursuant to the Parties' Joint Stipulation for Dismissal, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), this case is hereby dismissed with prejudice. All currently scheduled dates and deadlines are hereby vacated. Each party shall bear its own fees and costs incurred in this matter.

IT IS SO ORDERED.

Dated: _____

                                                Honorable Jesus G. Bernal
                                                United States District Judge